UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRIAN PENDLETON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 06CV01455 HEA |
| QUICKTRIP CORPORATION, | ) ) ) |
| Defendant. | ) |

## AGREED PROTECTIVE ORDER

WHEREAS, Plaintiff, Brian Pendleton ("Pendleton"), has requested that defendant, QuikTrip Corporation ("QuikTrip"), produce to him its Policy and Procedures Manual for corporate personnel in effect in July 2004 ("Manual"); and

WHEREAS, QuikTrip has objected to the production of the Manual on the grounds that the Manual and the information contained therein is proprietary, that Pendleton now works for a competitor of QuikTrip and might attempt to use the Manual to the prejudice of QuikTrip, and other grounds.

NOW THEREFORE, the parties and the Court have agreed that:

1. QuikTrip will produce the Manual only to Pendleton's counsel, Francis E. Pennington III ("Pennington").

2. Pennington shall not cause or allow the distribution or publication of the Manual or any information contained in such Manual to any person or entity, including but not limited to Brian Pendleton, without either (1) the written consent of QuikTrip as evidenced by a letter signed by Richard J. Pautler; or (2) a written order from the Court allowing such distribution or publication.

3. The parties acknowledge the proprietary nature of the Manual and agree that distribution or publication of any portion of the Manual contrary to or in violation of the provisions of paragraph 2 shall subject Pennington to civil contempt and entitle QuikTrip to recover damages in an amount to be determined by the Court.

4. Notwithstanding the provisions above, the parties agree that this Order does not apply to documents previously produced by QuikTrip that have been stamped "QuikTrip Production 0539" through "QuikTrip Production 0545."

_____
Francis E. Pennington, III


THOMPSON COBURN LLP

By /s/ Richard J. Pautler
   Richard J. Pautler
   One US Bank Plaza 35th Floor
   St. Louis, Missouri 63101
   314-552-6000
   FAX 314-552-7000
   Attorney for Defendant QuikTrip Corporation


SO ORDERED: _____
United States District Court Judge

Dated: 10-22-07

-2-